1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | RAFAEL GONZALEZ, et al.,              CASE NO. 12cv2474-LAB (MDD)

12 |                      Plaintiff,        **ORDER REPRIMANDING**
   |        vs.                            **JOSEPH SCLAFANI, ESQ.**
13 | JP MORGAN CHASE BANK, et al.,

14 |                      Defendant.

15

16          On February 20, 2013, the Court issued an order requiring Joseph Sclafani, California

17 state bar number 134026, to show cause why he shouldn't be sanctioned or held in

18 contempt for apparently abandoning his clients, causing their complaint to be dismissed, and

19 also for disobeying the Court's order requiring him to notify his clients of the dismissal and

20 file proof of service. The February 20 order required Sclafani to appear at a hearing on

21 March 4, 2013 at noon.  Sclafani didn't appear for that hearing, nor did he seek to be

22 excused from appearing, nor did he afterwards attempt to explain his failure to appear. The

23 Court has heard nothing from him.

24          Ordinarily, the Court would refer this matter to its own bar disciplinary committee.

25 Sclafani, however, is not a member of this Court's bar; both cases in this District in which he

26 has served as counsel of record were removed from state court.[1] Under such circumstances,

27 an attorney should seek admission, or apply for admission *pro hac vice*, or else should

28

_____

[1] The other case is *Anguiano v. Bank of America*, 12cv1752-IEG (BLM).

1  substitute in admitted counsel, in his place. Sclafani did none of these, leaving him as

2  counsel of record even though he was not qualified to practice. Even though he is not

3  admitted to this Court's bar, he is subject to this Court's discipline, both under the Court's

4  own inherent power, *see United States v. Song*, 902 F.2d 609, 610 (7th Cir. 1990) (attorney

5  who abandoned his clients was subject to court sanctions, even though he was never

6  admitted to the bar of the court), and under this District's local rules. Civil Local Rule 83.4

7  sets forth requirements for attorneys "in practice before this court;" the requirements are not

8  limited to those attorneys properly admitted. Civil Local Rule 83.4(b) makes clear the rules

9  apply both to members of the bar of this Court, and also "any attorney permitted to practice

10  before this Court." Among the requirements Sclafani appears to have violated are Rule

11  83.4(a)(1)(b)'s requirement that he "[b]e a vigorous and zealous advocate" for his clients;

12  83.4(c)'s requirement that he "[a]ttempt to resolve litigation consistent with [his clients']

13  interest;" 83.4(b)'s requirement that he live up to standards of professional conduct

14  applicable to attorneys admitted to practice in California; and 83.4(b)'s requirement that he

15  not "engage in any conduct which . . . in any manner interferes with the administration of

16  justice within the Court." Failing to act competently to represent clients also violates

17  California Rule of Professional Conduct 3-110.

18  The circumstances do not suggest any good reason for Sclafani's failure to appear

19  or failure even to communicate with the Court. If he were unable to monitor his mail and

20  communications personally, he should have made arrangements to do so, such as by

21  associating another attorney. The Court therefore **REPRIMANDS** him for disobeying its

22  orders, and for gross neglect of his professional responsibilities to the Court and to his

23  clients.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    Because Sclafani is not a member of the bar of this Court, the Court will refer this

2  matter to the State Bar of California.

3         **IT IS SO ORDERED**.

4  DATED:  March 4, 2013

5

6                                                      **HONORABLE LARRY ALAN BURNS**
                                                       United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28